Clarence Boyle, Inc., appellee, v. William F. Krueger, appellant. Gen. No. 24,115.
Action on promissory note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Frank H. Graham, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed January 29, 1919.

F. W. Proudfoot, for appellant.   Hoyne, O'Connor & Irwin, for appellee.

Mr. Justice Thomson delivered the opinion of the court.